IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:22-CV-00145-KDB

KEVIN JOSEPH DALTON,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

**ORDER**

**THIS MATTER** is before the Court on Plaintiff's Motion to Dismiss this matter with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. No. 11). For the reasons stated in the Motion and with the Defendant's consent, the Court will grant the Motion.

**SO ORDERED**

Signed: January 9, 2023

Kenneth D. Bell
United States District Judge